# REPPERT KELLY, LLC
ATTORNEYS AND COUNSELORS AT LAW

1350 BROADWAY, 11TH FLOOR
NEW YORK, NY 10018-0947
TELEPHONE: (212) 490-0988
TELECOPIER: (212) 490-0287

EMAIL: BLI@REPPERTKELLY.COM

NEW JERSEY OFFICE
403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NJ 07920-2012
TELEPHONE: (908) 647-8000
TELECOPIER: (908) 647-8008

J. VINCENT REPPERT †
CHRISTOPHER P. KELLY †
LISA J. REPPERT † ‡
BING LI †

OF COUNSEL
MARTIN L. BROTHERS
BART S. OATES *
QIANG ZHOU •

† MEMBER NY & NJ BARS
* MEMBER NJ BAR
• MEMBER CHINA BAR (BEIJING)
‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

FILED
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 4 2005 ★
BROOKLYN OFFICE

January 27, 2005

**VIA FACSIMILE (718-260-2457)**
Hon. John Gleeson, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

*Granted
So ordered
s/John Gleeson
USDJ
1-28-05*

Re:  Koon Chun Hing Kee Soy & Sauce Factory, Ltd.
     v. Star Mark Management, Inc. et al.
     Case No.: 04-cv.-2293 (JG)

Dear Judge Gleeson:

We represent the defendants in connection with the above-referenced matter. We write to notify the Court that for the purposes of expeditiously moving the case forward and upon careful consideration, particularly that plaintiff has made different allegations in the filed amended complaint from the proposed draft (¶ 40), we have decided not to make the Rule 12(b) motion to dismiss plaintiff's Amended Complaint. Accordingly, we respectfully request that the Court permit defendants to serve and file their amended answer by February 11, 2005, when defendants' motion is otherwise due.

By order dated January 13, 2005 of Magistrate Judge Chrein, a conference has been rescheduled for February 28, 2005, at 4:00 p.m. We believe certain discovery related issues will be addressed and resolved at the conference. Judge Chrein is also being provided with a copy of this letter. The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

Bing Li

cc:  Hon. A. Simon Chrein, U.S.M.J. (by regular mail)
     Anthony A. Coppola, Esq. (via facsimile 212-682-6499)
     Star Mark Management, Inc.
     Great Mark Corporation
     Mr. Jimmy Zhan