**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 08 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KOON CHUN HING KEE SOY & SAUCE
FACTORY, LTD.,

                Plaintiff,

   -against-

STAR MARK MANAGEMENT, INC.,
GREAT MARK CORP., and YI Q. ZHAN,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
04-CV- 2293 (SMG)

      A Memorandum and Order of Honorable Simon M. Gold, United States Magistrate Judge, having been filed on December 23, 2009, directing the Clerk of Court to enter judgment against all defendants in the total amount of $989,426.13, comprised of: $82,964.40 in damages; $9,173.82 in prejudgment interest on the $27,654.80 in actual damages; $780,670.20 in attorney's fees and $112,321.00 in costs attributable to AFS; and $2,660.00 in attorney's fees and $1,636.71 in costs attributable to the Townsend Firm; and awarding plaintiff post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Koon Chun Hing Kee Soy & Sauce Factory, Ltd., and against all defendants, Star Mark Management, Inc., Great Mark Corp., and Yi Q. Zhan, in the total amount of $989,426.13, comprised of: $82,964.40 in damages; $9,173.82 in prejudgment interest on the $27,654.80 in actual damages; $780,670.20 in attorney's fees and $112,321.00 in costs

JUDGMENT
04-CV- 2293 (SMG)

attributable to AFS; and $2,660.00 in attorney's fees and $1,636.71 in costs attributable to the Townsend Firm; and that it is further,

ORDERED and ADJUDGED that plaintiff is awarded post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961.

Dated: Brooklyn, New York
January 07, 2010

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court