LAW OFFICES OF BING LI, LLC
BING LI (BL 5550)
1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
(212) 967-7690
ATTORNEYS FOR DEFENDANT-DEBTOR
JIMMY ZHAN A/K/A YI Q. ZHAN


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------x
KOON CHUN HING KEE SOY & SAUCE   : 04 Civ. 2293 (JFB)(SMG)
FACTORY, LTD., a company
organized under the laws of      :
Hong Kong,

                                 :   **NOTICE OF MOTION**

                  Plaintiff,

                                 :

     -against-

                                 :

STAR MARK MANAGEMENT, INC., a
New York corporation; GREAT MARK :
CORPORATION, a New York
corporation; JIMMY ZHAN, an      :
individual (a/k/a Yi Q. Zhan);
and JOHN DOES 1 through 10,       :

                  Defendants.    :
----------------------------------x

     **PLEASE TAKE NOTICE** that, upon the Declaration of Bing

Li made the 16th day of July, 2010, together with the

exhibits annexed thereto, the Memorandum of Law in support,

and upon all of the pleadings and proceedings heretofore had

herein, defendant/judgment debtor Jimmy Zhan a/k/a Yi Q.

Zhan ("Zhan"), and his family members and certain nonparty

corporations to this proceeding--Jessica Yang and/or Yang

- 1 -

Xiao Geng, his wife; Michael Zhan and Edmund Zhan, his two sons; Yan Zhang Yang, and Yu Mei Zhao, his parents-in-law; and G.K. Exotic Inc. (collectively "Nonparty Movants")--by and through their undersigned attorneys, will move this Court before the Honorable Steven M. Gold, U.S.M.J., at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on August 13, 2010, at 9:30 p.m., or as soon thereafter as counsel may be heard, pursuant to Rule 69 of the Federal Rules of Civil Procedure ("F.R.Civ.P."), Section 5223 of the McKinney's Civil Practice Law and Rules ("CPLR"), CPLR 5240, and the Court's broad discretionary powers under CPLR 5240, for an order quashing or modifying twelve (12) subpoenas duces tecum all issued in the name of the Court on June 22, 2010 to the extent that disclosure concerning the assets and finances of the Nonparty Movants be not made, and granting the Nonparty Movants such other and further relief as the Court may deem just and equitable.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1 of the United States District Courts for the Southern and Eastern Districts of New York (amd. thr. 5/11/2010), any opposing affidavits and answering memorandum of law shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and

memoranda of law shall be served within seven (7) days after

service of the answering papers.


Dated: New York, New York
       July 16, 2010

                              LAW OFFICES OF BING LI, LLC
                              ATTORNEYS FOR JIMMY ZHAN A/K/A
                              YI Q. ZHAN

                              BY:   /s/
                                 _____
                                 BING LI (BL 5550)
                                 1350 BROADWAY, SUITE 1001
                                 NEW YORK, NY 10018-0947
                                 (212) 967-7690

<u>CERTIFICATE OF SERVICE</u>

I, Bing Li, hereby certify that on this 16th day of July, 2010, I served a true copy of the within Notice of Motion, Declaration of Bing Li, and Memorandum of Law in Support of Motion on the parties/entities herein named at the following address:

YUEN ROCCANOVA SELTZER & SVERD P.C.
132 Nassau Street, Suite 1300
New York, NY  10038
Tel. (212) 608-1178
Fax (212) 608-2913
Attention: Joseph T. Roccanova, Esq.
Attorneys for Plaintiff/Judgment Creditor
Koon Chun Hing Kee Soy & Sauce Factory, Ltd.
<u>via ECF</u>

BANK OF AMERICA
Legal Order Processing Dept. NE
5701 Horatio Street
Utica, NY 13502
<u>via Regular Mail</u>

BLUE RIBBON ACCOUNTING & TAX CPA
83-21 Broadway
Elmhurst, NY 11373
<u>via Regular Mail</u>

CAPITAL ONE BANK
Attention: 12070-7000
15000 Capital One Drive
Richmond, VA 23238-1119
<u>via Email (Subpoena@capitalone.com)</u>

CHARLES SCHWAB
Office of Corporate Counsel
101 Montgomery Street
San Francisco, CA 94014
<u>via Regular Mail</u>

CHASE BANK
51-15 Metropolitan Avenue
Ridgewood, NY 11385
<u>via Regular Mail</u>

CHINA TRUST BANK
22939 Hawthorne Blvd.
Torrance, CA 90505
Attention: Lee Parish, Esq.
<u>via Regular Mail</u>

CITIBANK
Legal Department
100 Citibank Drive
San Antonio TX 78250
<u>via Regular Mail</u>

DISCOVER FINANCIAL SERVICES
P.O. Box 6103
Carol Stream, IL 60197-6103
<u>via Regular Mail</u>

FIRSTRADE SECURITIES INC.
133-25 37th Avenue
Flushing, NY 11354
<u>via Regular Mail</u>

HSBC
Legal Department
HSBC Bank USA, N.A.
Legal Processing Dept, 12th Floor
One HSBC Centre
Buffalo NY 14203
<u>via Regular Mail</u>

NORTH FORK BANK
69-09 164th Street
Flushing, NY 11365
<u>via Regular Mail</u>

SCOTTRADE STOCK
Legal Department
12800 Corporative Hill Drive
St. Louis, MO 63131
<u>via Regular Mail</u>

_____/s/_____
Bing Li (BL 5550)