AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

KOON CHUN HING KEE SOY&SAUCE FAC'Y

                      Plaintiff(s),

V.

STAR MARK MANAGEMENT, INC. et al.

                      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:04cv02293-SMG

Notice is hereby given that, subject to approval by the court, __Star Mark Mgt Inc; Great Mark, J Zhan__ substitutes
(Party (s) Name)

__Ying Liu (YL3636)__, State Bar No. __4260709__ as counsel of record in
(Name of New Attorney)

place of __Bing Li__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           LIU & SHIELDS LLP

    Address:              41-60 Main Street, Suite 208A

    Telephone:          (718) 463-1868      Facsimile  (718) 463-2883

    E-Mail (Optional):   carolynshields@verizon.net

I consent to the above substitution.

Date:    10/5/2010

                                          (Signature of Party (s))

I consent to being substituted.

Date:    10/5/2010

                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    10/5/2010

                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

KOON CHUN HING KEE SOY&SAUCE FAC'Y
    Plaintiff (s),
V.
STAR MARK MANAGEMENT, INC. et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:04cv02293-SMG

Notice is hereby given that, subject to approval by the court, __Star Mark Mgt Inc; Great Mark; J Zhan__ substitutes
(Party (s) Name)

__Ying Liu (YL3636)__, State Bar No. __4260709__ as counsel of record in
(Name of New Attorney)

place of __Bing Li__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: LIU & SHIELDS LLP
    Address: 41-60 Main Street, Suite 208A
    Telephone: (718) 463-1868    Facsimile (718) 463-2883
    E-Mail (Optional): carolynshields@verizon.net

I consent to the above substitution.
Date:    10/5/2010
                        (Signature of Party (s))

I consent to being substituted.
Date:    10/5/2010
                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    10/5/2010
                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____New York_____

KOON CHUN HING KEE SOY&SAUCE FAC'Y

  Plaintiff(s),

V.

STAR MARK MANAGEMENT, INC. et al.

  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:04cv02293-SMG

Notice is hereby given that, subject to approval by the court, __Star Mark Mgt Inc; Great Mark; J Zhan__ substitutes
(Party (s) Name)

__Ying Liu (YL3636)__, State Bar No. __4260709__ as counsel of record in
(Name of New Attorney)

place of __Bing Li__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:        LIU & SHIELDS LLP
  Address:          41-60 Main Street, Suite 208A
  Telephone:        (718) 463-1868          Facsimile  (718) 463-2883
  E-Mail (Optional): carolynshields@verizon.net

I consent to the above substitution.

Date: 10/5/2010

(Signature of Party (s))

I consent to being substituted.

Date: 10/5/2010

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/5/2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]